FILED

2021 JUL 14 PM 12:20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___JBB___

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

21MJ03314

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 3:21-CR-077 |
| v. | |
| Deon Richard Douglas | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Homeland Security Investigations
in the Eastern District of Virginia on July 7, 2021
at ____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about July 12, 2020
in violation of Title 18 U.S.C., Section(s) 2252A(a)(2)(A)
to wit: Receipt of Child Pornography

A warrant for defendant's arrest was issued by: A. Shoe, Deputy Clerk

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Arrest Warrant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/13/21
              Date

/s/ Victoria Scott
Signature of Agent

Victoria J. Scott
Print Name of Agent

HSI
Agency

Special Agent
Title

CR-52 (03/20)                 DECLARATION RE OUT-OF-DISTRICT WARRANT