AO 442 (Rev. 11/11) Arrest Warrant

FID: 1130/381

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

21MJ03314

United States of America
v.

DEON RICHARD DOUGLAS
*Defendant*

Case No. 3:21CR077 SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DEON RICHARD DOUGLAS

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED INDICTMENT

Date: 07/07/2021

*Issuing officer's signature*

City and state: Richmond, Virginia

A. Shoe, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*